Submitted September 7, reversed October 24, 2012

In the Matter of R. S.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent*,

*v.*

R. S.,
*Appellant*.

Washington County Circuit Court
C110066MC; A149179

290 P3d 823

Susan D. Issacs filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing him as a mentally ill person for a period not to exceed 180 days. ORS 426.130. He asserts that the trial court erred in concluding that, due to a mental disorder, he is a danger to himself and unable to provide for his basic personal needs. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the trial court's judgment should be reversed. We agree and accept the state's concession.

Reversed.